THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00280-MR

| | | |
|---|---|---|
| PATRICK YARN MILL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| PUREPLAY LLC d/b/a PLAYBACK CLOTHING; PLAYBACK LLC; and ADAM SISKIND, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion to Set Aside Entry of Default and for Entry of Stipulated Judgment and Permanent Injunction [Doc. 12]. In its motion, the Plaintiff seeks to withdraws its two prior motions [Docs. 10, 11] seeking the entry of judgment.

For the reasons stated in the Plaintiff's Motion, and in light of the Defendants' consent thereto,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Unopposed Motion to Set Aside Entry of Default and for Entry of Stipulated Judgment and Permanent Injunction [Doc. 12] is **GRANTED**. The Stipulated

Judgment and Permanent Injunction shall be entered contemporaneously herewith.

**IT IS FURTHER ORDERED** that the Plaintiff's prior motions [Docs. 10, 11] are deemed **WITHDRAWN**.

**IT IS SO ORDERED**.

Signed: May 16, 2014

Martin Reidinger
United States District Judge